| | |
|---|---|
| BELLWETHER ONCOLOGY ALLIANCE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. 3:11-cv-00991 ) |
| INNOVATIX, LLC, | ) JUDGE HAYNES ) |
| Defendant. | ) JURY DEMAND ) |
| INNOVATIX, LLC, | ) ) |
| Counter-Plaintiff/Counter-Defendant, | ) ) |
| vs. | ) ) |
| BELLWETHER ONCOLOGY ALLIANCE, INC., | ) ) ) |
| Counter-Defendant, | ) ) |
| and | ) ) |
| METRO MEDICAL SUPPLY, INC., | ) ) |
| Counter-Defendant/Counter-Plaintiff. | ) |

*[Handwritten annotation: "Oopsk / The motion / GRANTED / [signature] / 1-3-12"]*

## MOTION OF BELLWETHER ONCOLOGY ALLIANCE, INC. AND METRO MEDICAL SUPPLY, INC. FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO REPLY OF INNOVATIX CONCERNING MOTION TO TRANSFER

Bellwether Oncology Alliance, Inc. ("Bellwether") and Metro Medical Supply, Inc. ("Metro Medical") respectfully request leave of Court to file the attached Sur-Reply in response to Innovatix, LLC's Reply in Support of Motion to Transfer and Stay Discovery ("Reply"), Document No. 24, which was filed with leave of Court on December 13, 2011.