IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| BELLWETHER ONCOLOGY ALLIANCE, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | NO. 3:11-cv-00991 |
| INNOVATIX, LLC, | ) ) ) | JUDGE HAYNES |
| Defendant. | ) ) ) | JURY DEMAND |
| INNOVATIX, LLC, | ) ) | |
| Counter-Plaintiff/Counter-Defendant, | ) ) | |
| vs. | ) ) | |
| BELLWETHER ONCOLOGY ALLIANCE, INC., | ) ) ) | |
| Counter-Defendant, | ) ) | |
| and | ) ) | |
| METRO MEDICAL SUPPLY, INC., | ) ) | |
| Counter-Defendant/Counter-Plaintiff. | ) | |

**MOTION OF BELLWETHER ONCOLOGY ALLIANCE, INC. AND
METRO MEDICAL SUPPLY, INC. FOR LEAVE TO FILE SUR-REPLY IN RESPONSE
TO REPLY OF INNOVATIX CONCERNING MOTION TO TRANSFER**

Bellwether Oncology Alliance, Inc. ("Bellwether") and Metro Medical Supply, Inc. ("Metro Medical") respectfully request leave of Court to file the attached Sur-Reply in response to Innovatix, LLC's Reply in Support of Motion to Transfer and Stay Discovery ("Reply"), Document No. 24, which was filed with leave of Court on December 13, 2011.